# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| AARON L. MCDONALD, SR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:24-cv-298 (MTT) |
| | ) |
| Warden DESHAWN JONES, | ) |
| | ) |
| Respondent. | ) |

## ORDER

United States Magistrate Judge Amelia G. Helmick recommends granting the respondent's motion to dismiss Aaron L. McDonald's 28 U.S.C. § 2254 petition as untimely. Docs. 12, 16. The Magistrate Judge also recommends denying McDonald a certificate of appealability. Doc. 16. McDonald did not object, so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the Recommendation for clear error. After review, the Court accepts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 16) is **ADOPTED** and made the Order of the Court. Accordingly, the respondent's motion to dismiss (Doc. 12) is **GRANTED** and McDonald's habeas petition (Doc. 1) is **DISMISSED**. A certificate of appealability is also **DENIED**.

**SO ORDERED**, this 21 day of May, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT